UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

RACHEL L. BENJAMIN,

    Plaintiff,

v.                                          CASE NO. 8:12-cv-2378-T-17TBM

CAROLYN W. COLVIN, Acting
Commissioner of the United States
Social Security Administration,[1]

    Defendant.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

This cause is before the Court on the report and recommendation (R&R) Magistrate Judge Thomas B. McCoun III issued on February 7, 2014 (Doc. # 19). Magistrate Judge McCoun recommended the Court affirm the decision of the Commissioner denying the plaintiff's claims for Social Security disability benefits and Supplemental Security Income payments. Plaintiff objected to the R&R on February 20, 2014, (Doc. # 20), and Defendant responded to Plaintiff's objections on February 28, 2014. (Doc. # 21). For the reasons stated below, the Court **ADOPTS** the R&R.

## STANDARD OF REVIEW

When a party makes a timely and specific objection to a finding of fact in the report and recommendation, the district court should make a de novo review of the record with respect to that factual issue. 28 U.S.C. § 636(b)(1); U.S. v. Raddatz, 447 U.S. 667 (1980); Jeffrey S. v. State Board of Education of State of Georgia, 896 F.2d 507 (11th Cir. 1990).

---

[1] Carolyn W. Colvin became Acting Commissioner of Social Security on February 14, 2013. Pursuant to Federal Rule of Civil Procedure 25(d), Ms. Colvin is substituted for Michael J. Astrue as the defendant in this lawsuit.

Defendant lodged five objections to the R&R, which include: 1) the ALJ evaluated the wrong impairment; 2) the ALJ improperly used Plaintiff's symptoms to discredit the treating psychiatrist; 3) consulting physician Dr. Appenfeldt's report should not have been used to substantially undermine the opinion of Plaintiff's treating psychiatrist Dr. Gleason; 4) there is no support for non-examining psychiatrist Dr. Stephens' contention that Plaintiff is capable of being cooperative; and 5) the ALJ used Plaintiff's symptoms to discredit her statements. (Doc. # 20). The Defendant responded to Plaintiff's objections, and noted Plaintiff's objections were all made and considered before Magistrate Judge McCoun in Plaintiff's initial memorandum, submitted before Magistrate Judge McCoun issued the R&R. (Doc. # 21).

The Court has reviewed the report and recommendation and made a *de novo* review of the record. Upon due consideration, the Court concurs with the report and recommendation. While the ALJ may have mischaracterized Plaintiff's diagnosis in name, the ALJ properly considered and understood Dr. Gleason's diagnoses, the context of Plaintiff's symptoms, and the remaining physicians' diagnoses and recommendations. The ALJ afforded all diagnoses and symptoms the appropriate weight and scrutiny with respect to Plaintiff's disability and capacity to work, and reached a conclusion supported by the evidence. As Magistrate Judge McCoun states in the R&R, "while Plaintiff may disagree with the ALJ's rationale and the conclusions for discounting Dr. Gleason's opinions, [Plaintiff] fails to show that such are not supported by the record evidence." Further, with respect to Plaintiff's ability to cooperate in group settings, therapy, and other recommendations, the ALJ conducted a reasonable inquiry with respect to same, and reached the permissible conclusion that while Plaintiff might have had issues with group participation, substantial evidence existed to suggest Plaintiff is capable of "being cooperative," and that her non-compliance with the physicians' recommendations was voluntary

and not solely attributed to her alleged disability and symptoms flowing therefrom. Accordingly, it is

**ORDERED** that the report and recommendation (Doc. # 20) be **ADOPTED** and **INCORPORATED by REFERENCE**; the objections of the Plaintiff are **OVERRULED**; and the Court **AFFIRMS** the decision of the Commissioner denying the plaintiff's claims for Social Security disability benefits and Supplemental Security Income payments. The Clerk of Court is directed to enter judgment for the Defendant and against the Plaintiff, to close the case, and terminate any pending motions.

**DONE and ORDERED** in Chambers, in Tampa, Florida, this 14th day of March, 2014.

ELIZABETH A. KOVACHEVICH
United States District Judge

Copies to:
All parties and counsel of record
Assigned Magistrate Judge